*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and FLUHR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Cunard A. BRANTLEY II**
Sonar Technician (Submarine) Seaman Apprentice (E-2),
U.S. Navy
*Appellant*

**No. 202500084**

_____

Decided: 19 March 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet

Sentence adjudged 16 December 2024 by a special court-martial tried at Naval Submarine Base New London, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and confinement for 140 days.

For Appellant:
*Lieutenant Commander James P. Andrews, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.